BANKS et al., Respondents, v. FIRST CHURCH OF CHRIST, SCIENTIST, Appellant. (Supreme Court, Appellate Division, Fourth Department. · May 21, 1901.) Action by Thomas Banks and others against the First Church of Christ, Scientist. No opinion. Appeal dismissed under general rule 39.

BARBER v. LANE. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Simeon M. Barber against James T. Lane. No opinion. Motion denied, with $10 costs.

BECHENSKY, Respondent, v. STOTZKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by Bertha Bechensky against John Stotzky, Kate Stotzky, and others. No opinion. Motion to dismiss appeal granted.

BELL et al. v. MURPHY. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by Philip T. Bell and others, as executors, etc., against Mary A. Murphy, impleaded with the Citizens' National Bank of Yonkers. No opinion. Motion to dismiss appeal granted.

In re BERNHARD. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) In the matter of the application of Joseph S. Bernhard for admission to practice in the courts of record of the state of New York. No opinion. Application granted.

BERNSTEIN, Respondent, v. JOHNSON et al. (GANS et al., Appellants). (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Sol Bernstein against Frederick Johnson and others, impleaded with George Gans and another, appellants. No opinion. Interlocutory judgment affirmed, with costs.

BINZEN v. EPSTEIN et al. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Theresia Binzen against Simon Epstein and others. No opinion. Motion denied, with $10 costs.

BIRRELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Alice J. Birrell against the New York Central & Hudson River Railroad Company. I. A. Place, for appellant. A. B. Cruikshank, for respondent. No opinion. Judgment affirmed, with costs.
VAN BRUNT, P. J., dissents.

BISSING, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Frank J. Bissing against Louis J. Smith. No opinion. Judgment and order affirmed, with costs.

BOARD OF WATER COM'RS OF VILLAGE OF PHILMONT v. SHUTTS et al.

(Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by the board of water commissioners of the village of Philmont, N. Y., against John Shutts, Jr., and others. No opinion. Order denying application for supplemental report affirmed. Final order confirming report of commissioners unanimously affirmed, with costs.

BOSTROM, Appellant, v. HALLORAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Julia Bostrom (formerly Ahearn) against John Halloran, as administrator, etc., of John Halloran, deceased, and the Staten Island Savings Bank. No opinion. Judgment affirmed, without costs to either party.

BRANTINGHAM v. HUFF et al. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by May Thorne Brantingham against Eunice E. Huff, individually and as executrix, etc., of Joseph Thorne, deceased, and others. No opinion. Judgment affirmed, without costs to any party.

In re BREWSTER. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) In the matter of the application of William B. Brewster for admission to the bar. No opinion. Application granted.

BRIENZA v. ROFRANO. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Lena Brienza against Michael A. Rofrano. No opinion. Appeal dismissed, with $10 costs.

BRIENZA v. ROFRANO. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by Lena Brienza against Michael A. Rofrano. No opinion. Motion denied, with $10 costs.

BRINTNELL, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Norman Y. Brintnell against Samuel M. Rice. E. A. Alexander, for appellant. A. W. Venino, for respondent. No opinion. Reargument ordered.

BRUNNER v. BOURNONVILLE. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Balthazzar Brunner against Eugene Bournonville. No opinion. Motion denied, with $10 costs.

BURKE, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by John Burke, an infant, by John A. Burke, his guardian ad litem, against the Borden's Condensed Milk Company. No opinion. Order affirmed, with $10 costs and disbursements.

CALDWELL, Respondent, v. REXFORD'S FLATS BRIDGE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 24, 1901.) Action by Emmor J.